WAYNE A. SHAFFER (SBN 1519)
JANICE HODGE JENSEN (SBN 563)
LAXALT & NOMURA, LTD.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
T: 775-322-1170
F: 775-322-1865
wshaffer@laxalt-nomura.com
jjensen@laxalt-nomura.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE WINTERS, an individual, PEGGY WINTERS, an individual,<br><br>           Plaintiffs,<br><br>     v.<br><br>THOR MOTOR COACH, a Delaware corporation; DEMARTINI RV SALES, an unknown California entity; DOES 1 - 10 and ROES 1 – 10, inclusive,<br><br>           Defendants.<br>_____/ | Case No.: 3:20-cv-0332-MMD-WGC<br><br>STIPULATION TO STAY BRIEFING PENDING SETTLEMENT DISCUSSIONS |

    IT IS HEREBY STIPULATED, by and between the parties hereto, through their attorneys undersigned, that the briefing on Defendant Thor Motor Coach's Motion to Transfer (ECF 2) and on Defendant DeMartini's Motion to Dismiss (ECF 11), be stayed, pending settlement discussions.

///

///

///

///

Laxalt & Nomura.
Attorneys at Law
9790 Gateway Drive
suite 200
Reno, Nevada 89521

1

IT IS FURTHER STIPULATED that the parties will submit a status report to the Court within sixty (60) days regarding the progress of their settlement discussions or re-instatement of a briefing schedule on the pending motions.

DATED this 24th day of June, 2020.　　　　DATED this 24th day of June, 2020.

OSHINSKI & FORSBERG, LTD.　　　　　　　LAXALT & NOMURA, LTD.

By:/s/ Mark Forsberg　　　　　　　　　　　By:/s/ Janice Jensen
　MARK FORSBERG (SBN 4265)　　　　　　WAYNE A. SHAFFER (SBN 1519)
　RICK OSHINSKI (SBN 4127)　　　　　　　JANICE HODGE JENSEN (SBN 563)
　504 E. Musser Street, Suite 202　　　　　　9790 Gateway Drive, Suite 200
　Carson City, NV 89701　　　　　　　　　　Reno, Nevada 89521
　Tel:  775-301-4250　　　　　　　　　　　Tel: 775-322-1170
　Fax: 775-301-4251　　　　　　　　　　　Fax: 775-322-1865
　Attorneys for Plaintiffs　　　　　　　　　　Attorneys for Defendants

　　　　　IT IS SO ORDERED.

　　　　　DATED this 25th day of June, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Laxalt & Nomura.
Attorneys at Law
9790 Gateway Drive
suite 200
Reno, Nevada  89521

2