WAYNE A. SHAFFER (SBN 1519)
JANICE HODGE JENSEN (SBN 563)
LAXALT & NOMURA, LTD.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
T: 775-322-1170
F: 775-322-1865
wshaffer@laxalt-nomura.com
jjensen@laxalt-nomura.com

JOHN D. SEAR (*pro hac vice*)
BOWMAN AND BROOKE LLP
150 South Fifth Street, Suite 3000
Minneapolis, Minnesota 55402
T: 612-672-3205
F: 612-672-3200
John.sear@bowmanandbrooke.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE WINTERS, an individual, PEGGY WINTERS, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> THOR MOTOR COACH, a Delaware corporation; DEMARTINI RV SALES, an unknown California entity; DOES 1 - 10 and ROES 1 – 10, inclusive, <br><br> Defendants. <br> _____/ | Case No.: 3:20-cv-00332-MMD-WGC <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

The undersigned parties, by and through their counsel, hereby stipulate to dismiss the

above-referenced case with prejudice on the merits, each party to bear its own costs and

///

///

///

1

attorneys' fees.

DATED this 20th day of November, 2020.    DATED this 20th day of November, 2020.

OSHINSKI & FORSBERG, LTD.    LAXALT & NOMURA, LTD.

By:/s/ Mark Forsberg    By:/s/ Janice Jensen
   MARK FORSBERG (SBN 4265)       WAYNE A. SHAFFER (SBN 1519)
   RICK OSHINSKI (SBN 4127)       JANICE HODGE JENSEN (SBN 563)
   504 E. Musser Street, Suite 202       9790 Gateway Drive, Suite 200
   Carson City, NV 89701       Reno, Nevada 89521
   Tel:  775-301-4250       Tel: 775-322-1170
   Fax: 775-301-4251       Fax: 775-322-1865
*Attorneys for Plaintiffs*

- and -

John D. Sear (*pro hac vice*)
BOWMAN AND BROOKE LLP
150 South Fifth Street, Suite 3000
Minneapolis, Minnesota 55402
Telephone:  612-672-3205

*Attorneys for Defendants*

   IT IS SO ORDERED.

   DATED this 20th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE

Laxalt & Nomura.
Attorneys at Law
9790 Gateway Drive
suite 200
Reno, Nevada  89521

2